(C.D. 3481)

MARTIN HOLTZMAN v. UNITED STATES

United States Customs Court, Third Division

(Decided June 18, 1968)

Plaintiff not represented by counsel.
*Edwin L. Weisl, Jr.*, Assistant Attorney General, for the defendant.

Before RICHARDSON and LANDIS, Judges

LANDIS, Judge: On call of the calendar at a term of court in New Orleans on March 25, 1968, defendant's motion to dismiss this protest for failure to pay the increased duties was granted. *Cf. Korlis, Ltd.* v. *United States*, 56 Cust. Ct. 365, C.D. 2660.

Let judgment enter dismissing this protest.